UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TURK LAMAR YOUNG, | ) | NO. EDCV 12-1778-SJO (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| WILLIAM KNIPP, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 6, 2015.

_____
S. JAMES OTERO
United States District Judge